No. 71–5189.  MARNIN *v.* VUKCEVICH, PRISON SUPERINTENDENT.  Sup. Ct. N. J.  Certiorari denied.

No. 71–5223.  SALAZAR *v.* WOLFF, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 71–5191.  GONZALES *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–5308.  EGGLESTON *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 71–5383.  LIPSCOMB *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5385.  OLIVER *v.* GOVERNOR OF PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 71–5387.  WHALEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–5389.  BRAY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 71–5390.  MADELEY *v.* SHORT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–5392.  BENNETT *v.* DISTRICT DIRECTOR OF INTERNAL REVENUE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 71–5393.  McCAINE *v.* SWENSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 71–5394.  SHAPPELL *v.* MARTIN-MARIETTA CORP. C. A. 5th Cir.  Certiorari denied.